**Electronically Filed**
**Supreme Court**
**SCAD-11-0000483**
**31-OCT-2011**
**01:47 PM**

NO. SCAD-11-0000483

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RICHARD K. GRIFFITH, Respondent.

--------------------------------------------------------------

In re Application for the Reinstatement of
RICHARD K. GRIFFITH, Applicant.

---

ORIGINAL PROCEEDING
(ODC 06-089-8429, 07-170-8630)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

Upon consideration of the record and the Declaration and exhibits submitted by Applicant Richard K. Griffith, it appears that Applicant Griffith has, in accordance with Rule 17(b) of the Rules of the Supreme Court of the State of Hawai'i (RSCH), filed the required documents requesting reinstatement to the practice of law. It further appears that Applicant Griffith has fully complied with the conditions of his one-month suspension and complied with the conditions of suspension set forth by RSCH Rule 16. Therefore,

IT IS HEREBY ORDERED, pursuant to RSCH Rule 17(b), that Applicant Griffith is reinstated to the practice of law in the jurisdiction of the State of Hawaiʻi, effective immediately.

DATED: Honolulu, Hawaiʻi, October 31, 2011.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna



2